UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALMER GARDENS, LLC, RACHEL GERSTEIN, JOYCE GERSTEIN, HERBERT GERSTEIN, ALAN MALTZ, JANET MALTZ, HUBERT TSAI, CHRISTINE SINGH, XUE FENG, RANDALL A. MECKEL, HENRY GROSS, BEAVER METAL, LLC, ACACIO RODRIGUEZ, CREDIBOX UNIVERSAL, SL, FELISHA HERNANDEZ, MICHAEL HADJEDJ, and OLIVER DACOURT,

    Plaintiffs,

v.

BAYROCK/SAPIR ORGANIZATION LLC, DONALD J. TRUMP, ALEX SAPIR, TEVFIK ARIF, 246 SPRING STREET HOLDINGS II, LLC, BAYROCK SAPIR REALTY LLC, BAYROCK SPRING STREET, LLC, BAYROCK GROUP, LLC, JULIUS SCHWARTZ, TRUMP INTERNATIONAL HOTEL MANAGEMENT LLC, TRUMP MARKS SOHO LLC, DONALD TRUMP JR., INVANKA TRUMP, ERIC TRUMP, PRODIGY INTERNATIONAL NYC, LLC, RODRIGO NINO, CORE GROUP MARKETING LLC, SHAUN OSHER, THOMAS POSTILLO and AKERMAN SENTERFITT LLP, as ESCROW AGENT,

    Defendants.

Case No.: 10-Civ.-5830 (KMW)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Core Group Marketing LLC hereby states that Core Group Marketing LLC. ("Core Group") is a nongovernmental limited liability company, organized and existing under the laws of New York. The undersigned counsel further certifies that Core Group is not a publicly held corporation, and that there is no publicly held corporation that owns 10 percent or more of Core Group's stock.

Dated: New York, New York
      November 12, 2010

                                        Respectfully submitted,
                                        SEYFARTH SHAW LLP

                                        By: _____
                                          Richard M. Resnik (RR-1407)
                                          Eddy Salcedo (ES-3391)
                                      620 Eighth Avenue
                                      New York, New York 10018-1405
                                      (212) 218-5500

                                      *Attorneys for Defendant*
                                      *Core Group Marketing LLC*

12888879v.1