USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

PALMER GARDENS, LLC, RACHEL          :    No. 10 Civ. 5830 (KMW)
GERSTEIN, JOYCE GERSTEIN, HERBERT    :
GERSTEIN, ALAN MALTZ, JANET MALTZ,   :
HUBERT TSAI, CHRISTINE SINGH, XUE    :
FENG, RANDALL A. MECKEL, HENRY       :
GROSS, BEAVER METAL, LLC, ACACIO     :
RODRIGUEZ, CREDIBOX UNIVERSAL, SL,   :
FELISA HERNANDEZ, MICHAEL HADJEDJ,   :
and OLIVER DACOURT,                  :

                        Plaintiffs,  :

      - against -                    :    **STIPULATION**

BAYROCK/SAPIR ORGANIZATION LLC,      :
DONALD J. TRUMP, ALEX SAPIR, TEVFIK  :
ARIF, 246 SPRING STREET HOLDINGS II, LLC, :
BAYROCK/SAPIR REALTY LLC, BAYROCK    :
SPRING STREET, LLC, BAYROCK GROUP,   :
LLC, JULIUS SCHWARZ, TRUMP           :
INTERNATIONAL HOTELS MANAGEMENT      :
LLC, TRUMP MARKS SOHO LLC, DONALD    :
TRUMP JR., IVANKA TRUMP, ERIC TRUMP, :
PRODIGY INTERNATIONAL NYC, LLC,      :
RODRIGO NINO, CORE GROUP MARKETING   :
LLC, SHAUN OSHER, THOMAS POSTILIO and :
AKERMAN SENTERFITT LLP, as ESCROW    :
AGENT,                               :

                        Defendants.  :

——————————————————————— x



          IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for

the parties indicated below that:

          1.  The undersigned attorneys for Defendants Bayrock/Sapir Organization LLC,

Donald J. Trump, Alex Sapir, Tevfik Arif, 246 Spring Street Holdings II, LLC, Bayrock/Sapir

Realty LLC, Bayrock Spring Street, LLC, Bayrock Group, LLC, Julius Schwarz, Trump

International Hotels Management LLC, Trump Marks SoHo LLC, Donald Trump Jr., Ivanka Trump, Eric Trump, Prodigy International NYC, LLC, and Rodrigo Nino (the "Stipulating Defendants") acknowledge and accept service as of September 30, 2010, of the following documents on behalf the Stipulating Defendants: (a) Summons dated August 2, 2010 for each Stipulating Defendant; (b) Complaint filed August 2, 2010; (c) Plaintiff's Rule 7.1 Statement filed August 2, 2010; (d) Southern District of New York ECF Rules & Instructions (August 1, 2008 edition); (e) the Individual Practices of Hon. Kimba M. Wood (revised December 5, 2008); (f) First Amended Complaint dated September 23, 1010; and (g) Scheduling Order for Initial Conference dated September 21, 2010.

2. The Stipulating Defendants' time to answer, move or otherwise respond to plaintiffs' First Amended Complaint, dated September 13, 2010, is hereby extended up to and including January 7, 2011; and

3. Each Stipulating Defendant waives the defenses of insufficient process and insufficient service of process; and

[REMAINDER OF PAGE LEFT BLANK]

KL3 2795142 2

4. Any signatures to this Stipulation transmitted by facsimile or e-mail shall be deemed original signatures, and this Stipulation may be executed in counterparts.

Dated: New York, New York
November 17, 2010

ADAM LEITMAN BAILEY, P.C.

By: _____
    Adam Leitman Bailey, Esq.
    William J. Geller, Esq.
    John M. Desiderio, Esq.
    Courtney J. Killelea, Esq.

120 Broadway, 17th Floor
New York, New York 10271
(212) 825-0365

*Attorneys for Plaintiffs*

KURZMAN EISENBERG CORBIN
   & LEVER, LLP

By: _____
    Fred D. Weinstein, Esq.

1 North Broadway
White Plains, New York 10601
(914) 285-9800

*Attorneys for Defendants Bayrock/Sapir Organization LLC, Donald J. Trump, Alex Sapir, Tevfik Arif, 246 Spring Street Holdings II, LLC, Bayrock/Sapir Realty LLC, Bayrock Spring Street, LLC, Bayrock Group, LLC, Julius Schwarz, Trump International Hotels Management LLC, Trump Marks SoHo LLC, Donald Trump Jr., Ivanka Trump, Eric Trump, Prodigy International NYC, LLC, and Rodrigo Nino*

SO ORDERED: 11 - 22 - 10

_____
U.S.D.J.