# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PALMER GARDENS, LLC, RACHEL GERSTEIN,
JOYCE GERSTEIN, HERBERT GERSTEIN, ALAN
MALTZ, JANET MALTZ, HUBERT TSAI,
CHRISTINE SINGH, XUE FENG, RANDALL A.
MECKEL, HENRY GROSS, BEAVER METAL,
LLC, ACACIO RODRIGUEZ, CREDIBOX
UNIVERSAL, SL, FELISA HERNANDEZ,
MICHAEL HADJEDJ, and OLIVER DACOURT,
                                    Plaintiffs,

- against -

BAYROCK/SAPIR ORGANIZATION LLC,
DONALD J. TRUMP, ALEX SAPIR, TEVFIK
ARIF, 246 SPRING STREET HOLDINGS II, LLC,
BAYROCK/SAPIR REALTY LLC, BAYROCK
SPRING STREET, LLC, BAYROCK GROUP, LLC,
JULIUS SCHWARZ, TRUMP INTERNATIONAL
HOTELS MANAGEMENT LLC, TRUMP MARKS
SOHO LLC, DONALD TRUMP JR., IVANKA
TRUMP, ERIC TRUMP, PRODIGY
INTERNATIONAL NYC, LLC, RODRIGO NINO,
CORE GROUP MARKETING LLC, SHAUN
OSHER, THOMAS POSTILIO and AKERMAN
SENTERFITT LLP, as ESCROW AGENT,
                                      Defendants..
------------------------------------------------------------X

**STIPULATION OF DISMISSAL**

No. 10 Civ. 5830 (KMW)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for all parties to the above-entitled action that all claims interposed by Plaintiffs in the above-entitled action, and all counterclaims that were or could have been asserted by any Defendant, are dismissed with prejudice, without costs to any party as against the other.

This stipulation may be executed in counterparts and, for purposes of this stipulation only, signature by facsimile or electronic transmission shall be sufficient. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, N.Y.
~~October~~, 2011
November 2

| ADAM LEITMAN BAILEY, P.C. | KURZMAN EISENBERG CORBIN & LEVER, LLP |
|---|---|
| By: _____<br>Adam Leitman Bailey, Esq.<br>120 Broadway, 17th Floor<br>New York, New York 10271<br>(212) 825-0365<br><br>*Attorneys for Plaintiffs* | By: _____<br>Fred D. Weinstein, Esq.<br>1 North Broadway<br>White Plains, New York 10601<br>(914) 285-9800<br>*Attorneys for Defendants Bayrock/Sapir Organization LLC, Donald J. Trump, Alex Sapir, Tevfik Arif, 246 Spring Street Holdings II, LLC, Bayrock/Sapir Realty LLC, Bayrock Spring Street, LLC, Bayrock Group, LLC, Julius Schwarz, Trump International Hotels Management LLC, Trump Marks SoHo LLC, Donald Trump Jr., Ivanka Trump, Eric Trump, Prodigy International NYC, LLC, and Rodrigo Nino; and co-counsel for CORE Group Marketing LLC, Shaun Osher and Thomas Postilio* |
| SEYFARTH SHAW LLP<br><br>By: /s/ Richard M. Resnik<br>Richard M. Resnik, Esq.<br>620 Eighth Avenue<br>New York, New York 10018-1405<br>(212) 218-5504<br><br>*Co-Counsel for CORE Group Marketing LLC, Shaun Osher and Thomas Postilio* | AKERMAN SENTERFITT LLP, *pro se*<br><br>By: _____<br>Martin Domb, Esq.<br>335 Madison Avenue, 26th Floor<br>New York, NY 10017<br>(212) 880-3800 |

SO ORDERED: Nov. 8, 2011

/s/ Kimba M. Wood
Hon. Kimba Wood, U.S.D.J.

The Clerk of Court is directed to close this case. Any pending motions are moot.

This stipulation may be executed in counterparts and, for purposes of this stipulation only, signature by facsimile or electronic transmission shall be sufficient. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, N.Y.
~~October~~, 2011
November 2

| | |
|---|---|
| ADAM LEITMAN BAILEY, P.C. | KURZMAN EISENBERG CORBIN & LEVER, LLP |
| By: _____<br>Adam Leitman Bailey, Esq.<br>120 Broadway, 17th Floor<br>New York, New York 10271<br>(212) 825-0365<br><br>*Attorneys for Plaintiffs* | By: _____<br>Fred D. Weinstein, Esq.<br>1 North Broadway<br>White Plains, New York 10601<br>(914) 285-9800<br>*Attorneys for Defendants Bayrock/Sapir Organization LLC, Donald J. Trump, Alex Sapir, Tevfik Arif, 246 Spring Street Holdings II, LLC, Bayrock/Sapir Realty LLC, Bayrock Spring Street, LLC, Bayrock Group, LLC, Julius Schwarz, Trump International Hotels Management LLC, Trump Marks SoHo LLC, Donald Trump Jr., Ivanka Trump, Eric Trump, Prodigy International NYC, LLC, and Rodrigo Nino; and co-counsel for CORE Group Marketing LLC, Shaun Osher and Thomas Postilio* |
| SEYFARTH SHAW LLP<br><br>By: _____<br>Richard M. Resnik, Esq.<br>620 Eighth Avenue<br>New York, New York 10018-1405<br>(212) 218-5504<br><br>*Co-Counsel for CORE Group Marketing LLC, Shaun Osher and Thomas Postilio* | AKERMAN SENTERFITT LLP, *pro se*<br><br>By: _____<br>Martin Domb, Esq.<br>335 Madison Avenue, 26th Floor<br>New York, NY 10017<br>(212) 880-3800 |

SO ORDERED:

/s/ _____
Hon. Kimba Wood, U.S.D.J.

The Clerk of Court is directed to close this case. Any pending motions are moot.